Daniel I. Pace
PACE LAW OFFICES
101 E 9th Ave, Ste 7A
Anchorage, AK 99501
Telephone: (907) 222-4003
Facsimile: (907) 222-4006
Dan@PaceLawOffices.com

ATTORNEY FOR PLAINTIFF
Travis Robbins

FILED in the Trial Courts
State of Alaska Third District

MAY 28 2021

Clerk of the Trial Courts
By:_____Deputy

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

TRAVIS ROBBINS,

  Plaintiff,

-vs-

FORD MOTOR COMPANY,

  Defendant.

Case No. 3AN-21-06167 CI

## COMPLAINT

COMES NOW the Plaintiff Travis Robbins through their attorney, Daniel Pace of the Pace Law Offices, and alleges the following as his complaint:

### JURISDICTIONAL ALLEGATIONS

1. At all times relevant herein, Plaintiff Travis Robbins was a resident of the Third Judicial District, Alaska.

PACE
LAW OFFICES
101 E 9th Ave, Ste 7A
ANCHORAGE, AK 99501
TEL: 907-222-4003
FAX: 907-222-4006
PaceLawOffices.com

Complaint
*Robbins v. Ford Motor Company*, Case No. 3AN-21-_____CI    Page 1 of 5

Case 3:21-cv-00165-JMK   Document 1-1   Filed 07/12/21   Page 1 of 5
Exhibit A
Page 1 of 5

2. At all times relevant herein, Defendant Ford Motor Company was a corporation formed under the laws of the State of Delaware selling and servicing motor vehicles in the State of Alaska through its dealers and repairing agents.

3. The Superior Court has jurisdiction over this action pursuant to AS 22.10.020 as Plaintiff is seeking injunctive relief.

4. Venue is proper in the Third Judicial District pursuant to AS 22.10.030 and Alaska Rule of Civil Procedure 3(c) as the claims arose in this district.

**GENERAL ALLEGATIONS**

5. Plaintiff purchased a 2021 Ford F-250 VIN # 1FT7W2BT0MEC54574 ("Vehicle") from Ford Motor Company through its dealer on February 2, 2021.

6. The Vehicle is a "motor vehicle" as defined in AS 45.45.360(6).

7. The Vehicle came with an "express warranty" as defined in AS 45.45.360(3).

8. Plaintiff accepted delivery of the Vehicle on or around February 2, 2021.

9. After delivery of the Vehicle, Plaintiff discovered that the Vehicle had multiple problems.

10. Plaintiff reported the problems to Defendant and/or its agents.

11. The Vehicle's problems were "nonconformities" that substantially impaired the use and/or market value of the vehicle as defined in AS 45.45.360(7).

12. Within one year of the delivery date, Defendant was unable to conform the Vehicle to the express warranty after a reasonable number of attempts pursuant to AS 45.45.320 because: (1) the same nonconformity has been subject to repair three or more

PACE
LAW OFFICES
101 E 9th Ave, Ste 7A
ANCHORAGE, AK 99501
TEL: 907-222-4008
FAX: 907-222-4006
PACELAWOFFICES.COM

Complaint
*Robbins v. Ford Motor Company*, Case No. 3AN-21-_____CI          Page 2 of 5

times by the manufacturer, distributor, dealer, or repairing agent during the term of the express warranty or the one-year period after delivery of the Vehicle to the Plaintiff; and/or (2) the Vehicle was out of service for repair for a total of 30 or more business days during the express warranty term or the one year period after delivery of the Vehicle to Plaintiff.

13. Plaintiff provided written notice by certified mail to Defendant and its repairing agent before 60 days had elapsed after the expiration of the express warranty term or within one year after delivery of the Vehicle to Plaintiff in compliance with AS 45.45.310 and demanding a replacement to be delivered on the 60th day after the mailing of the written notice in compliance.

14. Defendant failed to timely conform the Vehicle to the express warranty in contravention to AS 45.45.300.

15. To date, Defendant has failed to replace the Vehicle in contravention to AS 45.45.305.

16. Defendant's conduct is a presumed unfair trade practice under AS 45.50.471 pursuant to AS 45.45.330.

17. Defendant has intentionally, with reckless disregard, and/or negligently failed to timely conform the Vehicle to the express warranty.

18. Defendant has intentionally, with reckless disregard, and/or negligently failed to timely replace the Vehicle.

19. Defendant's conduct has caused Plaintiff emotional distress and economic damages.

PACE
LAW OFFICES
101 E 9th Ave, Ste 7A
ANCHORAGE, AK 99501
TEL: 907-222-4003
FAX: 907-222-4008
PACELAWOFFICES.COM

## COUNT I
### Violation of Alaska's Unfair Trade Practice Act, AS 45.50.471

20. Previous paragraphs are incorporated herein.

21. Defendant engaged in an unfair or deceptive act or practice when Defendant failed to replace the Vehicle as required by AS 45.45.305.

22. The act or practice occurred in the conduct of trade or commerce.

23. Plaintiff suffered an ascertainable loss of money or property as a result of the deceptive or unfair act or practice.

## COUNT II
### Violation of Alaska's Unfair Trade Practice Act, AS 45.50.417

24. Previous paragraphs are incorporated herein.

25. Defendant engaged in an unfair or deceptive act or practice when Defendant failed to make the necessary repairs to conform Plaintiff's vehicle to the express warranty.

26. The act or practice occurred in the conduct of trade or commerce.

27. Plaintiff suffered an ascertainable loss of money or property as a result of the deceptive or unfair act or practice.

## PRAYER FOR RELIEF

Wherefore, the Plaintiff Travis Robbins requests they be awarded the following relief:

1. An injunction ordering Defendant to accept return of the Vehicle.

2. An award of special and general damages in an amount to be proven at trial.

3. An award of statutory damages in an amount to be proven at trial.

PACE LAW OFFICES
101 E 9th Ave, Ste 7A
ANCHORAGE, AK 99501
TEL: 907-222-4008
FAX: 907-222-4008
PACELAWOFFICES.COM

Complaint
*Robbins v. Ford Motor Company*, Case No. 3AN-21-_____CI                Page 4 of 5

4. An award of prejudgment interest, post judgment interest, costs and up to and including full reasonable attorney's fees incurred in bringing this action.

5. An award of punitive damages based on the outrageous, wanton, willful, and intentional conduct of Defendant.

6. Any additional relief, including equitable relief, the Court deems appropriate under the circumstances.

DATED this 28th day of May, 2021, at Anchorage, Alaska.

PACE LAW OFFICES
Attorney for Plaintiff
Travis Robbins

/s/ Daniel I. Pace
Daniel I. Pace
Alaska Bar No. 1305008

PACE
LAW OFFICES
101 E 9th Ave, Ste 7A
ANCHORAGE, AK 99501
TEL: 907-222-4003
FAX: 907-222-4006
PACELAWOFFICES.COM

Complaint
*Robbins v. Ford Motor Company*, Case No. 3AN-21-_____CI        Page 5 of 5

Case 3:21-cv-00165-JMK   Document 1-1   Filed 07/12/21   Page 5 of 5   Exhibit A
Page 5 of 5